885 A.2d 980

Lani G. HARKNESS

v.

UNEMPLOYMENT COMPENSATION BOARD OF
REVIEW, Macy's East, Inc., Intervenor.

Petition of Macy's East, Inc., Intervenor.

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

AND NOW, this 28th day of September, 2005, the Petition for Allowance of Appeal is **GRANTED and CONSOLIDATED** with the Petition for Allowance of Appeal filed at 205 MAL 2005. The Unemployment Compensation Board of Review's Application for Relief in the Nature of a Motion to Dismiss Petitions for Allowance of Appeal is **DENIED.**